CARL E. LARSON, Bar #48162
Attorney at Law
9490 Golden Gate Avenue
Orangevale, CA 95662
Telephone: (916) 989-9226

Attorneys for the Defendant
JASQUEZ BONET HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASQUEZ BONET HARRIS,<br><br>    Defendant. | Mag. 12-104-GGH<br><br>**APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285**<br><br>Judge: Hon. Kendall J. Newman |

Defendant Jasquez Bonet Harris hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Harris is ordered to appear in court on May 3, 2012 at 9:00 a.m. at 200 NW 4th Street, Oklahoma City, Oklahoma before the Magistrate Judge. Mr. Harris is unable to afford his own transportation from Sacramento, California to Oklahoma City, Oklahoma. It may be necessary for Mr. Harris to depart prior to May 3, 2012 to timely make this appearance. Mr. Harris will also need return transportation to his residence on or after May 3, 2012.

DATED: April 24, 2012                Respectfully submitted,


/s/ Carl E. Larson
_____
CARL E. LARSON
Attorney for Defendant

|   |   |   |
|---|---|---|
| | IN THE UNITED STATES DISTRICT COURT | |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,   )   Mag. 12-104-GGH
                            )
            Plaintiff,      )
                            )   **ORDER FOR TRANSPORTATION AND**
     v.                     )   **SUBSISTENCE**
                            )
JASQUEZ BONET HARRIS,       )
                            )
            Defendant.      )
                            )
_____)

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, JASQUEZ BONET HARRIS, with transportation and subsistence expenses for travel from Sacramento, California to Oklahoma City, Oklahoma to timely make his appearance on May 3, 2012, at 9:00 a.m., at 200 NW 4th Street, Oklahoma City, Oklahoma before the Magistrate Judge. Mr. Harris will also need return transportation to his residence on or after May 3, 2012. The United States Marshal must furnish Mr. Harris with money for subsistence expenses to and from his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. This order is authorized pursuant to 18 U.S.C. §4285.

**IT IS SO ORDERED.**

Dated: April 25, 2012

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE