**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**MICHAEL DUNBAR**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br><br>MICHAEL DUNBAR,<br><br>            Defendant. | Case No. CR 12MJ00104 GGH<br>(Case No. CR 12-00065 – D)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PROPERTY BOND FOR PRETRIAL RELEASE** |

      The United States of America, by and through Assistant U.S. Attorney Jason Hitt, and Defendant Michael Dunbar, by and through counsel Jennifer C. Noble, hereby stipulate and agree that the time to file the $50,000 property-secured bond for pretrial release be continued from June 1, 2012 to June 8, 2012.

      After a detention hearing, Mr. Dunbar was released on an unsecured appearance bond for $50,000. with the condition the bond would be secured by real property. Mr. Dunbar is charged in the Western District of Oklahoma and appeared before Magistrate Judge Bana Roberts on May 3, 2012. Judge Roberts, in the Western District of Oklahoma, ordered the conditions of release to remain in full force and effect. The Judge is, however, amenable to giving Mr. Dunbar additional time to file the secured bond. The bond documents have been reviewed and approved by Jason Hitt, AUSA.

Stipulation and [Proposed] Order to Extend time to
File Property Bond for Pretrial Release
      1      CR 12 MJ 00104 GGH

The parties are entering into this Stipulation because the defense needs additional time to obtain the certified copy of the deed of trust for the court.

**IT IS SO STIPULATED.**

DATED: June 1, 2012        BENJAMIN B. WAGNER
                           United States Attorney

                           By: /s/ Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney

DATED: June 1, 2012        WISEMAN LAW GROUP, P.C.

                           By:   /s/ Jennifer C. Noble
                               JENNIFER C. NOBLE
                               Attorney for Defendant
                               MICHAEL DUNBAR

### ORDER

GOOD CAUSE APPEARING, and based upon the above stipulation, IT IS HEREBY ORDERED that the time to file the $50,000 property-secured bond for pretrial release be continued to June 8, 2012.

**IT IS SO ORDERED.**

DATED: June  6 , 2012        /s/ Gregory G. Hollows
                             _____
                             GREGORY G. HOLLOWS
                             United States Magistrate Judge